**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re :                                                              Case No. **6:13-bk-01374-CCJ**
                                                                     Chapter 7

**Lori Carollo**

                                                 Debtor(s).

_____/

**NOTICE & REPORT BY TRUSTEE OF DEPOSIT OF UNCLAIMED FUNDS**
**INTO COURT UNCLAIMED FUND ACCOUNT**

        Marie E. Henkel, Chapter 7 Trustee of the above captioned estate, reports that pursuant to the Final Report of Chapter 7 Trustee, she has disbursed all funds and the following checks have been returned as unclaimed  :

| To | Address | Amount |
|---|---|---|
| Direct.Merchant | P O Box 105279 | $   515.01 |
| | Atlanta, GA 30348-5279 | |
| | Claim No. 00010 | |
| HSBC | P O Box 9600 | 1,609.41 |
| | Carol Stream, IL 60128-9600 | |
| Wells Fargo | MAC X3802-035 | 17,615.32 |
| | 8480 Stagecoach Cir. | |
| | Frederick, MD 21701 | |

        That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 U.S.C. §347, the undersigned has mailed a copy of this Notice and the original check in the amounts of $19,739.74, payable to the Clerk, U. S. Bankruptcy Court, to the attention of Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M. Gibbon United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602, and states that the claimant entitled thereto is as listed above, and that the last known address, as far as known, is given above.

        Dated September 21, 2017.

                                                 /s/ Marie E. Henkel
                                                 Marie E. Henkel, Trustee
                                                 Florida Bar No. 260320
                                                 3560 S. Magnolia Ave.
                                                 Orlando, FL 32806
                                                 Telephone : (407) 438-6738
                                                 Facsimile  : (407) 858-9466